Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorney for Plaintiff, others listed below.*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

_____

Asher Bronstin, individually and on behalf
of a class of all persons and entities similarly
situated,

                Plaintiff,

vs.



Purekana LLC d/b/a Simply Better Brands

            Defendant.

Case No.
2:24-cv-00792-CDB

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed.

R. Civ. P. 41(a)(1)(A).

Dated:  May 9, 2024

Respectfully Submitted,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
*Subject to Pro Hac Vice*